IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00253-CR

 

James D. McIntyre,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 28672CR

 



MEMORANDUM  Opinion










 

          James McIntyre was convicted of Indecency
with a Child and sentenced to 25 years in prison.  He presented a pro se notice
of appeal for filing with the District Clerk 33 days after sentence was
pronounced.  No motion for new trial was filed.

          Recognizing that the notice of appeal
was untimely, McIntyre requests that this Court grant him an out of time
appeal.  We have no jurisdiction to grant that request.  Olivo v. State,
918 S.W.2d 519, 522 (Tex. Crim. App. 1996); Fowler v. State, 16 S.W.3d
426, 427-428 (Tex. App.—Waco 2000, pet. ref’d).

 

          Therefore, this appeal is dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed August 3, 2005

Do
not publish

[CRPM]